IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESARAE TRAVIS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-1689 |
| SCHOOL DISTRICT POLICE OFFICER | : | |
| CHARLES DESHIEL, SCHOOL | : | |
| DISTRICT OF PHILADELPHIA, et al | : | |

## ORDER

AND NOW, this __8th__ day of June, 2011, upon consideration of Defendants' Partial Motion to Dismiss (ECF No. 11), and all documents submitted in support thereof and opposition thereto, it is ORDERED as follows:

1. Defendants' Motion to Dismiss is GRANTED as to Count VI of the Complaint.

2. Defendants' Motion to Dismiss is GRANTED as to Plaintiff's request for punitive damages for claims against the School District of Philadelphia.

3. Defendant's Motion to Dismiss is GRANTED as to claims in Counts IV, V and X of the Complaint against the School District of Philadelphia.

IT IS SO ORDERED.

BY THE COURT

_C.S.H._

_____

R. Barclay Surrick, J.